### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**BILLY MACK NICHOLS, Jr.**                                                    **PETITIONER**
**ADC #92713**

**v.**                          **Case No. 5:14-cv-00157-KGB-BD**

**SONYA PEPPER, et al.**                                                    **RESPONDENT**

## ORDER

The Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere has been received (Dkt. No. 25), and plaintiff Billy Mack Nichols, Jr., has represented that he has no objections to the Recommendation (Dkt. No. 32). The Recommendation should be, and hereby is, approved and adopted in all respects. Mr. Nichols's motion to amend his complaint is denied (Dkt. No. 24).

SO ORDERED this the 15th day of July, 2014.


_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE