IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**BILLY MACK NICHOLS, Jr.**                                                               **PLAINTIFF**
**ADC #92713**

v.                 Case No. 5:14-cv-00157-KGB-BD

**SONYA PEPPERS-DAVIS, et al.**                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

SO ADJUDGED this the 17th day of December, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE